IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL OVERBY, *Petitioner,* v. BERNADETTE MASON, et al., *Respondents.* | CIVIL ACTION NO. 25-3332 |

## ORDER

**AND NOW**, this 6th day of January 2026, upon consideration of the Petition for a Writ of *Habeas Corpus*, (Dkt. No. 1), the Motion to Appoint Counsel and Stay the Federal *Habeas* Proceedings, (Dkt. No. 7), and the Brief in Support of Petitioner's Motion to Stay the Federal *Habeas* Proceedings, (Dkt. No. 13), it is hereby **ORDERED**:

1. The Motion to Stay the Federal *Habeas* Proceedings, (Dkt. No. 7), is **GRANTED**.

2. Overby's federal *habeas* proceedings are **STAYED** and his Petition, (Dkt. No. 1) is held in **ABEYANCE** pending exhaustion of his claims in a Post-Conviction Relief Act petition in *Commonwealth v. Overby*, Nos. CP-51-CR-0105802-1995, 1658 EDA 2025, and 1777 EDA 2025.

3. Respondents shall file status reports regarding Overby's state court proceedings (or lack thereof) on or before **April 6, 2026**, and every 60 days thereafter.

4. Within 30 days of the conclusion of state court review, the parties shall notify the Court, and Overby shall advise whether he seeks to continue pursuing his Petition.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.